

Your Missouri Courts       Search for Cases by: Select Search Method...

Judicial Links   |   eFiling   |   Help   |   Contact Us   |   Print           GrantedPublicAccess  Logoff 816AKETCHUM

**20CA-CC00046 - TINA DECKARD V ADESA MISSOURI LLC DBA ADESA KANSAS (E-CASE)**

| Case FV | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Filings Due | Scheduled Hearings & Trials | Civil Judgments | Garnishments/ Execution |

**Click here to eFile on Case**      Sort Date Entries: ● Descending   Display Options:  All Entries
Click here to Respond to Selected Documents      ○ Ascending

---

**11/19/2021**  ☐ **Alias Summons Issued**
Document ID: 21-SMCC-695, for ADESA MISSOURI LLC DBA ADESA KANSAS CITY.

**11/18/2021**  ☐ **Summons Returned Non-Est**
Document ID - 20-SMCC-374; Served To - ADESA MISSOURI LLC DBA ADESA KANSAS CITY; Server - ; Served Date - 18-NOV-21; Served Time - 00:00:00; Service Type - Other; Reason Description - Non-est

☐ **Note to Clerk eFiling**
   **Filed By:** ALDO JESUS DOMINGUEZ

☐ **Notice of Service**
Non-Est Summons.
   **Filed By:** ALDO JESUS DOMINGUEZ
   **On Behalf Of:** TINA DECKARD

**11/08/2021**  ☐ **Judge/Clerk - Note**
Please submit the non est summons issued on June 15, 2021 so that we can issue alias summons.

**11/05/2021**  ☐ **Alias Summons Requested**
Instructions for Alias Summons.
   **Filed By:** ALDO JESUS DOMINGUEZ
   **On Behalf Of:** TINA DECKARD

☐ **Alias Summons Requested**
Instructions for Alias Summons.
   **Filed By:** ALDO JESUS DOMINGUEZ

**10/28/2021**  ☐ **Judge/Clerk - Note**
Voicemail message left for attorney (left message earlier as well) regarding submitting original non est document so that we can process the alias summons request. 10/29- received call back from Attorney's office. He will submit non est document next week.

**09/22/2021**  ☐ **Note to Clerk eFiling**
   **Filed By:** ALDO JESUS DOMINGUEZ

☐ **Correspondence Filed**
Summons Request.
   **Filed By:** ALDO JESUS DOMINGUEZ
   **On Behalf Of:** TINA DECKARD

Case 4:22-cv-00009-DGK    Document 1-1    Filed 01/07/22    Page 1 of 12    EXHIBIT A

| | | |
|---|---|---|
| **06/15/2020** | ☐ | **Summons Issued-Circuit** |
| | | Document ID: 20-SMCC-374, for ADESA MISSOURI LLC DBA ADESA KANSAS CITY Summons saved and attached in PDF form for the Attorney to retrieve from Secure Case.net. |
| **03/02/2020** | ☐ | **Confid Filing Info Sheet Filed** |
| | | Corrected Filing Information Sheet |
| **02/28/2020** | ☐ | **Filing Info Sheet eFiling** |
| | | **Filed By:** ALDO JESUS DOMINGUEZ |
| | ☐ | **Note to Clerk eFiling** |
| | | **Filed By:** ALDO JESUS DOMINGUEZ |
| | ☐ | **Pet Filed in Circuit Ct** |
| | | Petition in Damages. |
| | | **On Behalf Of:** TINA DECKARD |
| | ☐ | **Judge Assigned** |

Case.net Version 5.14.44    [Return to Top of Page](#)    Released 12/22/2021

IN THE CIRCUIT COURT OF CASS COUNTY, MISSOURI
AT HARRISONVILE

| | |
|---|---|
| TINA DECKARD ) | |
| 3734 Ditzler Avenue ) | |
| Kansas City, Missouri 64133 ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. |
| ) | |
| ADESA MISSOURI LLC ) | |
| d/b/a Adesa Auto Auction ) | |
| 15511 Adesa Drive ) | |
| Belton, Missouri 64102 ) | |
| ) | |
| REGISTERED AGENT: ) | |
| CSC - Lawyers Incorporating ) | |
| Service Company ) | |
| 221 Bolivar Street ) | |
| Jefferson City, Missouri 65101 ) | |
| ) | |
| Defendant. ) | |

## PETITION IN DAMAGES

COMES NOW Plaintiff, Tina Deckard, by and through her attorney of record, Aldo Dominguez, and in support of her Petition for Damages against Defendant, Adesa Missouri LLC, d/b/a Adesa Auto Auction, states and avers as follows:

1. Plaintiff Tina Deckard (hereinafter "Plaintiff") is a resident of Jackson County, Missouri.

2. Defendant Adesa Missouri, LLC d/b/a Adesa Auto Auction is a registered Missouri limited liability company, doing business in Cass County, Missouri. Service of

1

process may be effected on Defendant by serving its registered agent CSC - Lawyers Incorporating Service Company, 221 Bolivar Street, Jefferson City, Missouri 65101.

3. Venue is proper in this Court pursuant to RSMo. § 508.010.4 in that Plaintiff, Tina Deckard, was first injured in Cass County by the wrongful acts or negligent conduct of defendant.

4. At all times herein mentioned Defendant Adesa Missouri, LLC, d/b/a Adesa Auto Auction owned, controlled, and possessed that certain premises located in Belton, Cass County, Missouri, known and numbered as 15511 Adesa Drive, Belton, Missouri 64012 (hereinafter "the premises.").

5. On or about March 2 of 2015, Plaintiff was walking on the premises of defendant's parking lot, when she slipped and fell on what clearly was untreated ice. Plaintiff upon making contact onto the hard concrete, landed violently with her right ankle turned out, causing her to sustain severe multiple traumatic injuries.

6. Defendant Adesa Missouri, LLC, d/b/a Adesa Auto Auction knew or should have known of the dangerous surface condition which caused the Plaintiff to fall, and did not correct, warn of it, or barricade same.

7. No precipitation had fallen within 24 hours of Plaintiff's fall. However, cold temperatures that day caused freezing conditions that caused the parking lot to be slippery.

8. Defendant took no precautions to protect Plaintiff from or warn about the dangers of the icy parking lot.

9. At all times, Defendant maintained possession and control over the premises.

10. On or about March 2, 2015, Plaintiff entered the premises as a business invitee.

11. On said date, Plaintiff Tina Deckard was lawfully on the premises, when she slipped on the ice falling to the ground. The fall caused her to sustain the personal injuries and damages complained of herein.

## PREMISES LIABILIY

13. Plaintiff incorporates the allegations paragraphs 1 thru 11, above, as though set forth fully herein.

14. At all times herein mentioned the parking lots on the premises were in a dangerous condition due to being wet and icy.

15. Defendant knew or in the exercise of ordinary care could have known about the icy parking lot in time to remedy, guard against, or warn about them.

16. Defendant failed to exercise ordinary care to remedy, guard against, or warn about the dangerous condition of the icy steps.

17. While Plaintiff was walking on the parking lot, she slipped on the ice and fell to the ground, sustaining the injuries complained herein.

18. As a direct and proximate result of Defendant's breach of their duty of care as aforesaid, Plaintiff slipped and fell on the icy parking lot and severely injured her

leg and ankle. Plaintiff has further experienced pain, suffering, emotional distress, inconvenience, and loss of enjoyment of life. Plaintiff has incurred medical expenses for treatment, all at substantial cost, and has suffered additional damages in the form of lost wages.

WHEREFORE, Plaintiff prays for judgment in such amount as is fair and reasonable under the circumstances, together with interest and costs incurred, for pre-judgment interest, and for such further relief as the Court deems just and proper.

**JURY TRIAL DEMANDED.**

Respectfully submitted,

Aldo Dominguez
Missouri Bar No. 41441
8117 Wornall Road, Suite 100
Kansas City, MO 64114
(816) 385-4791
adattorney1@gmail.com

**ATTORNEY FOR PLAINTIFF**



# IN THE 17TH JUDICIAL CIRCUIT, CASS COUNTY, MISSOURI

| Judge or Division:<br>R. MICHAEL WAGNER | Case Number: 20CA-CC00046 |
|---|---|
| Plaintiff/Petitioner:<br>TINA DECKARD<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>ALDO JESUS DOMINGUEZ<br>8117 WORNALL ROAD, SUITE 100<br>KANSAS CITY, MO 64114 |
| Defendant/Respondent:<br>ADESA MISSOURI LLC DBA ADESA KANSAS CITY | Court Address:<br>Cass County Justice Center<br>2501 West Mechanic<br>HARRISONVILLE, MO 64701 |
| Nature of Suit:<br>CC Pers Injury-Other | |

(Date File Stamp)

## Summons in Civil Case

The State of Missouri to: ADESA MISSOURI LLC DBA ADESA KANSAS CITY
Alias:

SERVE REGISTERED AGENT
CSC – LAWYERS INCORPORATING
SERVICE COMPANY
221 BOLIVAR STREET
JEFFERSON CITY, MO 65101



*COURT SEAL OF CASS COUNTY*

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

/s/ Kim York, Circuit Clerk, 6/15/2020, 09:28 AM

Date                                    Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer**: Summons should be returned to the court within 30 days after the date of issue.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to:
_____ (name) _____ (title).
☐ other: _____.

Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____          _____
Printed Name of Sheriff or Server          Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**
Subscribed and sworn to before me on _____ (date).

(Seal)
My commission expires: _____     _____
                        Date              Notary Public

**Sheriff's Fees, if applicable**
Summons                          $_____
Non Est                          $_____
Sheriff's Deputy Salary
Supplemental Surcharge           $  10.00
Mileage                          $_____ (_____ miles @ $._____ per mile)
**Total**                        $_____

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (06-18) SM30 (SMCC) *For Court Use Only:* Document Id # 20-SMCC-374   1 of 1   Civil Procedure Form No. 1; Rules 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Case 4:22-cv-00009-DGK   Document 1-1   Filed 01/07/22   Page 7 of 12

## LAW OFFICES OF

**ALDO DOMINGUEZ**
8117 Wornall Road, Suite 100
Kansas City, Missouri 64114-5805
Telephone: (816) 385-4791
Facsimile: (816) 523-6800
aldodominguezjd@netzero.com

September 22, 2021

Cass County Circuit Clerk
ATT: Lydia
2501 Mechanic Street
Harrisonville, MO 64701

Re: *Tina Deckard v. Adesa Missouri LLC DBA Adesa Kansas*, 20CA-CC00046
Client: Tina Deckard

Dear Lydia:

It was a pleasure speaking with you today and according to our conversation, please consider this letter my request for summons to be issued in the above referenced matter.

Thank you in advance for your consideration and cooperation. I look forward to the issuance of the summons in order to serve the defendants registered agent.

Sincerely,

Aldo Dominguez

IN THE CIRCUIT COURT OF CASS COUNTY, MISSOURI

| | |
|---|---|
| TINA DECKARD )<br>)<br>Plaintiff, )<br>v. )<br>)<br>ADESA MISSOURI, LLC d/b/a ADESA )<br>KANSAS CITY )<br>)<br>Defendant. ) | Case No.:  20CA-CC00046 |

## <u>MEMORANDUM TO DEPARTMENT OF CIVIL RECORDS</u>
### <u>INSTRUCTIONS FOR ALIAS SUMMONS</u>

☐ **PRIVATE PROCESS**         ☒ **CIVIL PROCESS**

☒ ISSUE ALIAS SUMMONS TO DEFENDANT:  Adesa Missouri, LLC
15511 Adesa Drive
Belton, Missouri  64012
Cass County

☐ PREPARE TRANSCRIPT OF JUDGMENT        ☐ AUTHENTICATED ☐ CERTIFIED ☐ RECORD AS LIEN
☐ W/LETTER

Respectfully submitted,

By /s/ Aldo J. Dominguez
Aldo J. Dominguez #41441
8117 Wornall Road, Suite 100
Kansas City, Missouri 64114
Telephone: (816) 385-4791
Facsimile: (816) 523-6800

ATTORNEY FOR PLAINTIFF

IN THE CIRCUIT COURT OF CASS COUNTY, MISSOURI

| | |
|---|---|
| TINA DECKARD ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No.: 20CA-CC00046 |
| ) | |
| ADESA MISSOURI, LLC d/b/a ADESA ) | |
| KANSAS CITY ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM TO DEPARTMENT OF CIVIL RECORDS
### INSTRUCTIONS FOR ALIAS SUMMONS

☐ **PRIVATE PROCESS**          ☒ **CIVIL PROCESS**

☒ ISSUE ALIAS SUMMONS TO DEFENDANT: CSC-Lawyers Incorporating Service Company
221 Bolivar St
Jefferson City, Missouri 65101
Cole County

☐ PREPARE TRANSCRIPT OF JUDGMENT    ☐ AUTHENTICATED ☐ CERTIFIED ☐ RECORD AS LIEN
☐ W/LETTER

Respectfully submitted,

By /s/ Aldo J. Dominguez
Aldo J. Dominguez #41441
8117 Wornall Road, Suite 100
Kansas City, Missouri 64114
Telephone: (816) 385-4791
Facsimile: (816) 523-6800

ATTORNEY FOR PLAINTIFF



# IN THE 17TH JUDICIAL CIRCUIT, CASS COUNTY, MISSOURI

| Judge or Division:<br>R. MICHAEL WAGNER | Case Number: 20CA-CC00046 |
|---|---|
| Plaintiff/Petitioner:<br>TINA DECKARD<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>ALDO JESUS DOMINGUEZ<br>8117 WORNALL ROAD, SUITE 100<br>KANSAS CITY, MO 64114 |
| Defendant/Respondent:<br>ADESA MISSOURI LLC DBA ADESA KANSAS CITY | Court Address:<br>Cass County Justice Center<br>2501 West Mechanic<br>HARRISONVILLE, MO 64701 |
| Nature of Suit:<br>CC Pers Injury-Other | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to: ADESA MISSOURI LLC DBA ADESA KANSAS CITY
Alias:

SERVE REGISTERED AGENT
CSC – LAWYERS INCORPORATING
SERVICE COMPANY
221 BOLIVAR STREET
JEFFERSON CITY, MO 65101



COURT SEAL OF
CASS COUNTY

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

| /s/ Kim York, Circuit Clerk, 6/15/2020, 09:28 AM | |
|---|---|
| Date | Clerk |

Further Information:

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within 30 days after the date of issue.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to: _____ (name) _____ (title).
☒ other: Non-Est
Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

Aldo Dominguez /s/ Aldo
Printed Name of Sheriff or Server    Signature of Sheriff or Server

Must be sworn before a notary public if not served by an authorized officer:
Subscribed and sworn to before me on 11-18-2021 (date)

YOLANDA CURRY
NOTARY PUBLIC
NOTARY SEAL
STATE OF MISSOURI
My Commission Expires
August 4, 2023
Jackson County
Commission #15637003

My commission expires: _____ Date      /s/ Yolanda Curry, Notary Public

**Sheriff's Fees, if applicable**
Summons $ _____
Non Est $ _____
Sheriff's Deputy Salary Supplemental Surcharge $ 10.00
Mileage $ _____ ( _____ miles @ $ _____ per mile)
Total $ _____

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (06-18) SM30 (SMCC) *For Court Use Only: Document Id # 20-SMCC-374*   1 of 1   Civil Procedure Form No. 1; Rules 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo



# IN THE 17TH JUDICIAL CIRCUIT, CASS COUNTY, MISSOURI

| Judge or Division:<br>R. MICHAEL WAGNER | Case Number: 20CA-CC00046 |
|---|---|
| Plaintiff/Petitioner:<br>TINA DECKARD<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>ALDO JESUS DOMINGUEZ<br>8117 WORNALL RD, SUITE 100<br>KANSAS CITY, MO 64114 |
| Defendant/Respondent:<br>ADESA MISSOURI LLC DBA ADESA KANSAS CITY | Court Address:<br>Cass County Justice Center<br>2501 West Mechanic<br>HARRISONVILLE, MO 64701 |
| Nature of Suit:<br>CC Pers Injury-Other | |

(Date File Stamp)

## Summons in Civil Case

**The State of Missouri to:** ADESA MISSOURI LLC DBA ADESA KANSAS CITY

CSI-LAWYERS INCORPORATING SERVICE CO. 221 BOLIVAR ST JEFFERSON CITY, MO 65101    OR    1511 ADESSA DRIVE BELTON, MO 64012

*COURT SEAL OF CASS COUNTY*

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

_____  /s/ Kim York, Circuit Clerk, 11/19/2021, 11:02 AM
Date                                            Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer**: Summons should be returned to the court within 30 days after the date of issue.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to: _____ (name) _____ (title).
☐ other: _____.

Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____                        _____
Printed Name of Sheriff or Server                Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**
Subscribed and sworn to before me on _____ (date).
(Seal)
My commission expires: _____        _____
                                    Date                                    Notary Public

**Sheriff's Fees, if applicable**
Summons                         $_____
Non Est                            $_____
Sheriff's Deputy Salary
Supplemental Surcharge    $____10.00____
Mileage                           $_____ (_____ miles @ $._____ per mile)
**Total**                         $_____

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (06-18) SM30 (SMCC) *For Court Use Only: Document Id # 21-SMCC-695*    1 of 1    Civil Procedure Form No. 1; Rules 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Case 4:22-cv-00009-DGK   Document 1-1   Filed 01/07/22   Page 12 of 12